No. 11–7841.  GARZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–8143.  G. A. W. v. ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 11–8278.  BASKERVILLE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–8401.  TOMLIN v. GLUNT, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–8677.  LEE v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–8802.  AKAOMA v. SUPERSHUTTLE INTERNATIONAL CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–8864.  ESCAMILLA-ROJAS v. UNITED STATES (Reported below: 640 F. 3d 1055); and DIAZ-RAMIREZ ET AL. v. UNITED STATES (646 F. 3d 653).  C. A. 9th Cir.  Certiorari denied.

No. 11–8942.  JOHNSON v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 11–9025.  OSBURN v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 11–9037.  SEASE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–9120.  JONATHON C. B., A MINOR v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 11–9124.  GOBERT v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 11–9152.  PIKE v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 11–9198.  HARRINGTON v. HARRINGTON.  App. Ct. Mass.  Certiorari denied.